UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

DEREK W.,[1]

    Plaintiff,

v.

MARTIN O'MALLEY,
Commissioner of Social Security,

    Defendant.

No. 1:23-CV-068-H-BU

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a

Recommendation (FCR) that the plaintiff's motion for attorney's fees be granted, in part

because the Commissioner does not oppose the motion. Dkt. No. 18. No objections to the

FCR were filed.

Where no specific objections are filed within the 14-day period, the Court reviews

the Magistrate Judge's findings, conclusions, and recommendations only for plain error.

*Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir.

2020). The District Court has reviewed the FCR for plain error. Finding none, the Court

accepts and adopts the FCR. The plaintiff's motion for attorney's fees (Dkt. No. 17) is

granted. The Court awards the plaintiff $2,530.00 in attorney's fees to be paid to the

plaintiff in the care of his attorney.

---

[1] Due to concerns regarding the privacy of sensitive personal information available to the public
through opinions in Social Security cases, the plaintiff is identified only by his first name and last
initial.

So ordered on April 2, 2024.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE